BENNETT J. LEE (Bar No. 230482)
blee@wthf.com
SARA K. HAYDEN (Bar No. 262922)
shayden@wthf.com
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, California  94104
Telephone  415-623-7000
Facsimile  415-623-7001

Attorneys for Defendant
LINCOLN GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>STRAIGHT LINE CAULKING & WATERPROOFING, INC., a California corporation; LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Defendants. | Case No.  CV 10-0915 CRB<br><br>**STIPULATION EXTENDING DEFENDANT LINCOLN GENERAL INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT** |

///

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to local rule 6-1.(a), Defendant LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania corporation, by and through its counsel of record, Sara K. Hayden of Watt, Tieder, Hoffar & Fitzgerald L.L.P., and Plaintiffs TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; and TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND (collectively "Plaintiffs") by and through their counsel of record, Kent Khtikian of Katzenbach and Khtikian **HEREBY STIPULATE AND AGREE THAT:**

Defendants shall have additional time, from April 1, 2010, up to and including May 3, 2010, within which to respond to the Complaint on file herein. The purpose of the stipulated extension of time is to allow the parties an opportunity for a potential negotiated resolution of the underlying dispute.

Dated: March 31, 2010

**WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.**

By: /s/ Sara K. Hayden
Bennett J. Lee (blee@wthf.com)
Sara K. Hayden (shayden@wthf.com)
Attorneys for Defendant
LINCOLN GENERAL INSURANCE COMPANY

**KATZENBACH AND KHTIKIAN**

Dated: March 31, 2010

By: /s/ Kent Khtikian
Kent Khtikian (khtikian@kkcounsel.com)
Attorneys for Plaintiffs


IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING LINCOLN'S TIME TO RESPOND TO COMPLAINT

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW