JAMES M. BARRETT       SBN 190274
LAW OFFICE OF JAMES M. BARRETT PLC
789 CASTRO STREET
Mountain View, CA 94041
Telephone (650) 969-3687
Facsimile (650) 969-3699

Attorney for Defendant STRAIGHT LINE CAULKING & WATERPROOFING INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSIONS TRUST *et al.*, <br><br> Plaintiff, <br><br> V. <br><br> STRAIGHT LINE CAULKING & WATERPROOFING  INC., *et al.* <br><br> Defendant. | Case No.:  CV10 0915 <br><br> ORDER FOR STAY OF PROCEEDINGS FOR DEFENDANT STRAIGHTLINE CAULKING AND WATERPROOFING INC. DUE TO THE FILING OF BANKRUPTCY <br><br> Honorable Charles R. Breyer <br><br> Federal Court Complaint Filed: March 3, 2010 |

This matter having been brought to the attention of this Court, considered and proof being made to the satisfaction of the Court, IT IS HEREBY ORDERED THAT the all proceedings for the above identified case are hereby Stayed due to the filing of Bankruptcy by Defendant Straight Line Caulking and Waterproofing Inc.

IT IS SO ORDERED.

DATED:   Sept. 30, 2010

_____
Judge Charles R. Breyer
Judge of the United States District Court

Order  CV100915                            1