United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE BRICKLAYERS,

    Plaintiff,

v.

STRAIGHT LINE CAULKING,

    Defendant.

No. C 10-00915 CRB

**ORDER**

Upon representations of the parties that a notice of bankruptcy filing of defendant Straight Line Caulking and GOOD CAUSE APPEARING THEREFOR:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: September 30, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE